SK:SP
F. #2024R00115

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
\* JULY 16, 2024 \*
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

OSHANE MCINTOSH,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. 24-CR-290
(T. 8, U.S.C., §§ 1326(a) and 1326(b)(2);
T. 18, U.S.C., §§ 3551 et seq.)

Judge Nina R. Morrison
Magistrate Judge Lara K. Eshkenazi

THE GRAND JURY CHARGES:

ILLEGAL REENTRY

    On or about December 6, 2023, within the Eastern District of New York and elsewhere, the defendant OSHANE MCINTOSH, an alien who had previously been deported and removed from the United States after a conviction for the commission of an aggravated felony, was found in the United States without the Attorney General of the United States and the

Secretary of the United States Department of Homeland Security having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(2); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

By: _____, Assistant United States Attorney
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK